**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**STEVEN ALFREY**
SUPERVISING U.S. PROBATION OFFICER

**JOSEPH A. DAGROSSA**
SUPERVISING U.S. PROBATION OFFICER

April 20, 2020

401 MARKET STREET
1ST FLOOR
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ  07102

www.njp.uscourts.gov

The Honorable Noel L. Hillman
U.S. District Court Judge
Mitchell H. Cohen Building & U.S. Courthouse P.O. Box 2797
Camden, NJ 0810-2797

**RE: ORTIZ, Anthony**
**Docket No. 19-00593-001**
**REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Hillman:

On November 19, 1999, Anthony Ortiz was sentenced by the Honorable Michael B. Mukasey, U.S. District Judge, in the Southern District of New York, after being found guilty of one count of Possession with Intent to Distribute Cocaine. The offender was sentenced to 262 months imprisonment followed by five years supervised release. As a special condition of supervised release, Mr. Ortiz was ordered to submit to drug testing and treatment. He was also ordered to pay a Special Assessment of $100. Mr. Ortiz began his term of supervision on April 13, 2018. On August 27, 2019, jurisdiction was transferred to Your Honor.

On December 17, 2019, Mr. Ortiz was charged with Simple Assault by the Vineland Police Department. After being charged, the alleged victim in the case, Mr. Ortiz's girlfriend J.Z., recanted her allegation of assault. In addition, J.Z. signed an incident report with the probation office recanting all allegations. On January 29, 2020, all charges were dismissed in Vineland Municipal Court.

Mr. Ortiz appeared before Your Honor on February 11, 2020 for an Initial Appearance. Your Honor adjourned court until April 30, 2020, with instructions that Mr. Ortiz was to seek mental health treatment. Since the Initial Appearance, Mr. Ortiz has been evaluated and recommended for weekly individual mental health counseling. The probation office has authorized funding for weekly sessions. Mr. Ortiz continues employment with Prime Logistics. In addition, there have been no reported issues between Mr. Ortiz and J. Z.

As a result, the probation office is respectfully requesting the petition to be dismissed. The undersigned has spoken to Assistant United States Attorney Jeffrey Bender and Federal Public Defender Christopher O'Malley and confirmed that there were no objections. If Your Honor has

any questions, please do not hesitate to contact the undersigned probation officer at 973-943-0850.

Thank you,

*Matthew J. Weber*

**Matthew J. Weber**
U.S. Probation Officer
District of New Jersey
Cell: (973) 943-0850
Matthew_weber@njp.uscourts.gov

**X**  Order Approved

___ Order Denied

s/ Noel L. Hillman, USDJ                 4/27/2020
_____           Date
Honorable Noel L. Hillman